UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22342-BB

**VICTOR ARIZA**,

    Plaintiff,

vs.

**MRS. FIELDS FAMOUS BRANDS, LLC,**
**d/b/a MRS. FIELDS, a foreign limited**
**liability company**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents dismissing this case with prejudice.

Dated: July 23, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |